U.S District Court

1st District of Columbia

Surf Moore
3740 Westchester
Jackson, Ms
601-566-3297

(CV 0034)
CASE No

42 1983

Case: 1:17-cv-00888          (F-Deck)
Assigned To : Unassigned
Assign. Date : 5/12/2017
Description: Pro Se Gen. Civil

Surf Moore
        plaintiff

v

U.S. Justice Dept , F.O.I.A Agency  170 Marcel
        950 Pennsylvania Ave          Winchester VA.
        Washington, DC.
C.F. Moore Construction Co. 8729 South State St
        Chicago Ill

Intro

Under Rule 12, Plaintiff Surf Moore hereby
files complaint against U.S. Justice Dept located
in Washington, DC + C.F. Moore Construction Co,
located in Chicago Ill. for Electronic Wire +

2

ORAl communications, this matter is current

And REQUEST FOIA of RECORds And have

No RESPONSE, therefore Plaintiff Ask for hearing

under title 18 1343, so that my witness may

testify to Defendants violations of Constitution

1, 4, 14, and Subpeona RECORds upon Request for

Electronic Wired Oral Comm. "Application. Rule 502

EvidEnce will show on PAGE 37(A,B) of the

complaint. there Plaintiff Asks for hearing

for controversy damages of 100 million.

my witness;

QVC, HSN, EViNE LivE
Donald Trump Casino          3

Jurisdiction

Jurisdiction

claim, 28 1331

Plaintiff have Fed Jurisdiction for Defendants

The Fed court have a obligation to set their force against Enforcement of the by lawless means, because in fairplay + honorable of justice, which ultimately depends on the Rule of law. Gelbard v U.S. 408 US 41

Fact; 1865
Under the ↓ Slave Act, Plaintiff constitution grivedess can be Redress, for freedom

4

Constitutional

constitutional

claim; Defendant 69, has violated 1st Amend,

Abridge the Slave Act 1865

1st Amend; Congress shall make no law

Respecting an establishment of Religion or

prohibiting the free exercise or

abridelegence the freedom of speech, Ex.

" Framing your stinking wire," the press

or the Right of people for peacefully to

Assemble and to petition the Gouerment

for Redress of grivences. Barfaech

v Vooper 532 US 514

Bright v Gallia Cnty 6 Cir 753 F.3d 639

5

Constitutional

Fact;

1st Amend cont., By Electronic oral comm.

69 conspire Defendant intrusion abridge privacy

of Freedom for speech, Abridge the

Slave Act 1865.

Defendants has violated Fed. law. 2nd Amend

1. A well regulated Militia being necessary to the security of a free State. the right of the people to keep + bear Arms, for fairplay, shall not be infringed. by electronic Oral Comm. Justice Story Opinion of Justices, Gray 14 Mass. 620,

fact, myth
By Fraud statute, 69 conspire defendants Abridge infringement on Constitutional Rights

7

Constitutional

4 Amend

The Right of person or people to be secure in their house, papers And effort against unreasonable search, seizures shall not be violated And no warrant shall be issue

Chandler v Miller    528 us 305

Time v Hill    385 us 370
Davis v US 79 UGCW 4495, 2011 BL 158314

Fact.
By electronic oral comm, 69 conspire Defendants intrusion Abridge security speech on plaintiff Constitutional Rights

8

Const. 13

Defendants has violated Fed Law.

Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted shall exist within the U.S. or any place subject to their jurisdiction. Pollock v Williams U.S Fla 1944 64 S ct 792

Limit speech + mental slavery 45 Case W. Res. L Review 691 1995. By Fraud statute 65 conspire Defendants abrige involuntary slavery.

9

Const. 14

Defendants has violated Fed. Law

Sec 1. All persons born or naturalized in U.S. and subject to the jurisdiction thereof are citizens of the U.S. and of the State wherein they reside

No state shall make or enforce any law which shall abridge the privileges or immunties of citizens of the US.

Nor shall any State deprive any person of life, liberty or property without due-process of law.

GRAHAM v. Connor 490 U.S. 386

10

14 cont'd

By Eletronic ORAl comm, b9 conspire defendants Abridge due-process Metro Life v Glenn 554 us 105

11

Statute claim;

by conspire Defendant has violated Fed Law 42 1983

EVERY) PERSON who UNDER coloR of ANY statute, ORdiANCE REgulAtion custom oR USAGE of ANY state oR TERRitoRY subject oR CAUSES to bE subjected ANY citizEN of the U.S. oR other PERSON with-in the jurisdiction thEREof to the depRivation of ANY Rights pRivileges oR immUNities SECURED by the ConstitutionAl And lAws. shAll bE liAble to the pORty injuREd in ACtion At lAw suit iN Equity oR other procededing foR RedRESS.

BAKER v HowARd   419 F 2d 376

12

Statute 42 1983
Claim contd, By Eletronic oral comm
Fact;
69 conspire Defendent intrusion Abridge

privacy of Freedom. Rights of Constitutional.

Deprive Slave Act 1865

13

Support claim

18 371

Defendant has violated Fed Law

Conspiracy to commit offense or to defraud United States.

If two or more person conspire either to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose, And one or more of such persons do any Act to effect the object of the conspiracy Each shall be fined under this title or imprisoned not more than 5yrs or Both.

Thillens Inc v Comm Currency exch 97 FRD 668

14

Support Claim Cont'd

Fact:

18 371, By eletronic oral comm, 69 conspire

Defendant intrusion Abridge freedom const-

itutional Rights. Abridge the Slave Act 1865

15

Support Claim

18 1001 Defendant has violated FED LAW.

(A) Except as otherwise provided in this section, whoever in any matter within matter within jurisdiction of the executive, legislative or judical branch of the Government of the US.

Knowingly and willfully,

(1) Falsifies, conceals or cover-up by any tricks, scheme, or device as material fact.

(2) makes any materially false, fictitious or fraudulent statement or representation

16

Support Claim cont'd

18 1001

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

U.S. v Gimbel 830 F2d 133

Fact:

By Eletronic oral comm, 69 conspire Defendant submits fraud statute application to abridge intrusion on Constitutional Rights to Privacy. Abridge the Slave Act 1865

17

Support claim

18 1961

Defendants has violated Fed law.

Racketeering Imperal Nixon Activity means

(A) Any Act or threat involving murder, Kidnapping, gambling, arson, robbery, bribery Extortion, dealing in obscene matter or dealing in a controlled substance or listed chemical

(B) Any Act which is indictable under Any of the following provisions of title

18 1343, 1st Amend ABRIDGE OBSCENCE MATTER. U.S. v. Paccione S.D NY 1990 749 F.Supp 478. Language

18

Support Claim

18  1961

Fact

By Eletronic Oral Comm 69 conspire RICO

Defendonts ABRidge obscence matter

on Constitutional Rights.  Ross v Stooksbury

6 Cir 528 F Appx 547

19

Support Claim

18 2511

Defendant has violated Fed Law

Except As otherwise specifally provided

in this Chapter 18 2510 AND person

who intentional intercept ENDEAVORS

to intercept OR ANY other person to

intercept OR ENDEAVORS to intercept oral

OR Eletronic communcation US v. Bernstein

430 US. 92.

By Eletronic oral comm., 69 conspire

Defendants intrusion Statute ABRidge freedom of

speech of Plaintiff., Abridge Slave Act

1865.

20

SUPPORT CLAIM

18 2516 Defendants have violated Fed Law.

Authorization for interception of WIRE ORAL or eletronic communicātions.

(1) The Attorney General, Deputy Atty General, Associate Atty General or any Asst. Atty General may Acting Assistant Atty General or any Deputy Asst Atty General or Acting Dept, Asst. Atty General in the Criminal Division specially

21

Designated by Atty General may authorize an application to a Fed. Judge of competent jurisdiction for and such judge may grant in conformity with Sect 2518 of this chapter an order authorizing or approving the interception of wire or oral communication by the Federal Bureau of Investigation or a Federal Agency having responsibility for the investigation of the offense as to which the application is made, when such interception may provide or has provided evidence.

22

18 2516        Support claim cont'd

H. Any felony violations of sections 2511 or 2512 relating to intercept + discloure of certain comm and to certain of intercept devices.

P. Any conspiracy to commit any offense described in any subparagraph of this paragraph. US v Hoffman 334 f supp 504, US v Gimbel 830 F2d 621

Fact;

By Eletronic oral comm, 69 conspire Defendants submits fraud statute Aoplication of invasion to Abridge freedom of speech. Particular will subpenoa Application. Abridge the Freedom Slave Act 1865.        23

Support claim

18 1343; Defendant has violated Fed law whoever, having devised or intending to devise any scheme or artifice to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations or promises, transmits or causes to be transmitted by means of wire, radio or television communication in interstate or foreign commerce, any writings, signs.

24

Support claim cont'd

18  1343

Signal, picture, or sounds for the purpose of executing such scheme or artifice shall be fined under this chapter title or imprisoned not more than five years or both. U.S. v. Louderman

576  F. 2d  1383  (Telly)

Fact:
By Eletronic Oral comm, 69 conspire Defendant
intrusion Abridge privacy
Constitutional Rights of Freedom. Abridge the
Slave Act 1865.

Support claim

35 292

Deferdants has violated Fed Law

(A) Whoever, without the consent, of the patentee marks upon, or affixes to or uses in advertising in connection with anything made, used, offered for sale or sold by such person within the

U.S. or imported by the person into the US. the name or any imitation of the name of the patentee, the patent number, or the words patent patentee or the like, with the intent of counterfeiting or imitating the mark of the patentee or of deceiving

26

Support Claim
cont'd

35 292

the public and inducing them to believe that the thing was made, offered for sale sold or imported into the U.S. by or with the consent of the patentee or

Whoever marks upon or affixes to or uses in advertising in connection with any article the words patent applied for patent pending or any word importing that an application for patent has beed made when no application for patent has

27

Support Claim
cont'd

35 292

been made, or if made is not pending

for the purpose of deceiving the public

shall be fine not more than $500

for every offense

13. Any person may sue for the penalty

in which event one-half shall go to the

person suing and the other to the use

of the U.S. Motion Picture Patents Co v

Universal Film Mfg Co US NY 1917 37 S.Ct

416 243 US 502 61 L.Ed 871

B  Fact,

By Eletronic oral comm. 69 conspire

defendants defraud application patent & bridges

intrusion on Constitional Rights

28

Title 5 552

Defendants has violated Fed law

(A) Each agency shall make avaiable to the public information as follow:

(2) Each Agency, in accordance with published Rules shall make Avaiable for public inspection + copying (D) copies of all Records, Regardless of form or format, which have been released to any person under paragraph (3) and which, because of the nature of their subject matter, the agency determines have become or are likely to become the subject of subsequent request for substantially the same records

28 (A)

§ 552

Defendants has violated Fed law

(3)

(B) In making Any record Available to A person under this paragraph, An Agency shall provide the record in Any form or format requested by the person if the Readily Reprolucible by the Agency in that form or format Each Agency shall make Reasonable Efforts to maintain its record in forms or formats that Are Reproducible for purposes of this section.

28 (B)

5 552 conte

(C)

In Responding under this paragraph to a Request for Records An Agency shall make Reasonable efforts to Search for the Records in electronic form or format except when such efforts would significantly interfere with the operation of the Agency Automated information system.

(D) For purposes of this paragraph the term "Search" means to Review, Manually or by Automated means, Agency Records for the purpose of locating those Records which Are Responsive to A Request.

28 (c)

§ 552 cont'd

On complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business or which the agency records are situated or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant. In such a case the court shall determine the matter de novo, and may examine the contents of such agency records in camera to determine whether such records or any part thereof shall be withheld under any of

28 (D)

§ 552 cont'd

of the exemptions set forth in subsection

(b) of this section, and the burden is on

the agency to sustain its action. In addition

to any matters to which a court accords

substantial weight, a court shall accord substantial

weight to an affidavit of an agency concern-

ing the agency determination as to technical

feasibility under paragraph    (c) and subsection

(b) and reproducibility under paragraph (3)(B).

(C)    Notwithstanding any other provision of law, the
defendant shall serve an answer or otherwise plead
to any complaint made under this subsection with-
in 30 days after service upon    dant of the
pleading in which such complaint is made unless
court otherwise direct good cause shown.

                28(E)

5  552 cont'd

(6)(A) Each AGENCY, upon REQUEST Any foR RECORds
made under paragraph (1) (2) or (3) of this
subsection shall.

(1) determine within 20 days (Excepting Saturdays,
Sundays And legal public holidays) After the
RECEipt of Any such REQuest whether to
comply with such REQuest of such determination
And the REASON therefor, And of the Right
of such person to Appeal to the head of the
AGENCY) Any Adverse determination; And

(11) make A determination with RespEct to Any Appeal
within 20 days (Excepting Saturdays, Sundays And
legal public holidays) After the RECEipt of
Such Appeal. If on Appeal the denial of

28 F

Title 5 552 cont'd

(6)(11) cont'd

the REQUESTs for Records is in whole OR in part upheld the Agency shall notify the person making such Request of the provisions for judicial REVIEW of that determination under 4 paragraph this subsection

6(B)(11). With Respect to A REQUEST foR which A WRITTEN notice under clause (i) extends the time limits prescribed (i) of subparagraph (A) the agency shall notify the person making the REQUEST if the REQUEST cannot be processed within the time limit specified in the clause and shall provide the person An opportunity to limit the scope of the REQUEST

28 G

Title 5 552 cont'd

So that it may be processed within that time limit or an opportunity to arrange with the agency an alternative time frame for processing the request or a modified request. Refusal by a person to reasonably modify the request or arrange such an alternative time frame shall be considered as a factor in determining whether exceptional circumstances exist for purposes of subparagraph C.

Relion Inc v Hydra Fuel Cell Corp. 2008 U.S. Dist LEXIS 98400, Rule 502. Evid.

Fact: Defendant by Electronic wire & oral comm. Abridge violate Plaintiff speech.

28  H

SUPPORT CLAIM

§ 552 A

Defendant violated Fed Law

G (1) Civil Remedies - Whenever any Agency (A) makes a determination under subsection (d)(3) of this section not to amend an individual Record in accordance with his Request or Fail to make such Review in conformity with that subsection (B) Refuses to comply with an individual Request under subsection (d)(1) of this section.

29

Support claim cont'd

5 552A

(C) Fails to maintain any RECORD concerning ANY individual with such ACCURACY, RELEVANCE, timeless and completeness As is necessary to assure fairness in ANY determination Relating to the Qualifications, chARActER, Rights or oppurtunties of benfits to the individual that may be made on the basis of such RECORD and consequently & determination is made which is ADVERSE to the individual oR,

310.

Support claim

5 552 b    contd

2(A) In any suit brought under the provisions of subsection (G)(1) A of this section the court may order the agency to amend the individual record in accordance with his request or in such other way as the court may direct. In such a case the court shall determine de novo.

31

§ 552 B cont'd.

(B)

The court may ASSESS Against the U.S. REASONAble Pro Se FEES and other litigation costs REASONAbly incurred in ANY CASE under this paragraph in which the complaint has substantially prevailed.

3. A.
IN ANY suit brought under the provisions of subsection (G)(1) B of this section, the court may ENjoin the Agency from withholding the RECORds and ORDER the production to the ~~complainANt of ANY AGENCY RECORds~~ improperly withbeld from him or her. IN such A CASE the court shall determine the matter de novo, and may EXAMINE

3·2

5 552B Cont'd.

the content of ANY agency RECORDs in CAMERA to determine whether the RECORDs OR ANY portion thereof MAY be withheld UNDER ANY of the EXEMptions set forth in subsection (K) of this section and the burden is on the AGENCY to sustain its action.

(B) The court MAY ASSESS AgAINst the US. REASONAble PRo SE FEES AND other litigation cost REASONabl, incurred in ANY CASE UNDER this paragraph in which the complainant has substantially PREVAiled.

33

§ 552B cont'd

4) In any suit brought under the provisions of this subsection (G)(1)(C) or D of this section in which the court determines that the agency acted in manner which was intentional or willful, the U.S. shall be liable to the individual in a amount equal sum of (A) Actual damages sustained by the individual as a result of the refusal or failure, but in no case shall a person entitled to recovey receive less than the sum of $1000 and (B) the cost of the action together with reasonable Pro Se

FEES    AS    determine by the court.

34

5.552.B Cont'd

(5) An action to Enforce any liability created under this section may be brought in the district court of the U.S. in the district in which the complainant resides or has a principal place of business or in which the agency records are situated, or in the District of Columbia without regard to amount of controversy, within two years from the date on which the cause action arises. except that where an an agency has materially and willfully misrepresented any information required under this section to be disclosed to an individual and the information ~~so~~ misrepresented is material to establishment of the liability of the agency to the individual under this section the action may be brought at any time within two years after discovery by the individual of the misrepresentation.

35

Support claim cont'd

5 552 B

(D) Fails to comply with any other provision of this section or any rule promulgated thereunder in such a way as to have an adverse effect on a individual. The individual may bring a civil action against the agency and the U.S. District Courts shall have jurisdiction in the matters under the provisions of this subsection

3 6

Support claim cont'd

§ 552 (B)

Nothing in this section shall be construed

to authorize any civil action by

Reason of any civil action injury sustained

As the Result of a disclosure of a Record

prior to Sept 27 1975. ("Public Schools")

Bethel v FCC U.S. App D.C. 1100

Fact:
By Eletronic Oral Comm, 69 conspire
Defendants intrusion Abridge freedom
Remedy of Plaintiff Constitutional Rights.
Abridge the Slave Act 1865
37

FROM

Surf Moore                    Apr 22 - 16
Pro Se                        ph, no. 601-566-3297
3740 Westchester Dr
Jackson, Ms.

To John Steniss

Alan Cranston

F.B.I.

Its hereby Request Documents of

Lonnie E Moore Jr, (AKA) Surf

to proceed the Records f Atty General

of 68, 77, 80 electronic wire + oral

communcations application. to A (Federal)

Judge, for William Casey unforgiven ghosts.

37 (A)              yours truly Surf Moore.

```
            DELTA STATION
         550 MELVIN BENDER DR
              JACKSON
                 MS
             39213-9998
             2737940030
04/22/2016   (800)275-8777   12:00 PM

Product          Sale      Final
Description      Qty       Price

First-Class       1        $0.47
Mail
Letter
    (Domestic)
    (WINCHESTER, VA  22602)
    (Weight:0 Lb 0.30 Oz)
    (Expected Delivery Day)
    (Monday 04/25/2016)
Certified         1        $3.30
    (USPS Certified Mail #)
    (70141820000227974431)
Return            1        $2.70
Receipt
    (USPS Return Receipt #)
    (9590940305285173107608)
Affixed           1       ($0.47)
Postage
    (Affixed Amount:$0.47)

Total                      $6.00

Cash                      $20.00
Change                   ($14.00)


*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.
```

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

APR 22 2016    04/22/2016    JACKSON, MS 39213

Sent To  F.I.O.A
Street & Apt. No., or PO Box No.  170 MARCEL DR.
City, State, ZIP+4  WINCHESTER VA 22603

PS Form 3800, July 2014    See Reverse for Instructions

7014 1820 0002 2797 4431

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

F.I.O.A.
170 MARCEL DR.
WINCHESTER VA
22602

9590 9403 0528 5173 1076 08

Article Number (Transfer from service label)

7014 1820 0002 2797 4431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

37 (B)

18  2520

Claim, Plaintiff seeks equitable, relief
for controversay damaqes,

In a action under this section Apporperate,
Relief includes such preliminary + other
equitable or declatory relief, As well
As compntation of damaqes, 1(A)(B) 2(A)(B)
US v Libby 95 S Ct. 8 23, Theis Research Inc v Brown + Bain
386 F 3d 1180 9th Cir + DC Cir 2004
By interception WIRE fraud electronic
oral + comm. the 69 conspire defendants
Fact       Abridge intrusion d speech, of plaintiff
constitutional Rights of 1st Amend.
KARSNER V, Lothian 532 F 3d 876 DC 2008

38

Defendants has violated Fed Law

Where the power of any court of Appeals to REVIEW a case depends upon the Amount or value in controversy, such Amount or value if not otherwise satisfactorily disclosed upon the RECORD may be shown And Ascer -tained by the oath of a party to the case or by other competent Evidence.

Fact, Theis Research Inc. v. Brown + Bain 386 Fed, 1180 9the D.c cir. ct 2004

By Eletronic oral comm, 69 conspire defendant

ABridge intrusion on 100 million Actual

Damages Constitutional Rights Remedy

39

support claim

28 2/08

1. In 79, 69 conspire defendants intrude Bribery to Charles Hamilton, Dean San Diego city College, for non-Release of schools grades to transfer to U.C.LA. to play football for Terry Donahue. In any event Surf Moore was Abridge from Rose Bowl, U.C.LA. Law School. Actual Damages 2 million, By interception wire fraud trapping, the student Loan, its design to bury Ms. 76 show until all monies paid in full, with court or without court, it's fairplay, when you sucker the trap. 40

2.

87, 69 defendants intrude due-process for J.C. Steniss + Alan Cranstan to Abridge William Casey for Release of FOIA for Disclosure of devices for the wire. examined. In any event, the Eletronic Oral Comm, is Present. + lost my Casey in Royal Harbor, N.Y. Actual Damages 50 million, By interception wire fraud, trapping, therefore separate John Lynch Freedom of choice from Martin L. King integration Democrate Slaveryi. +1

3.

87. Charles Moores, did A second estate will, 15 million addition on O'Hara Airport, all belongs to Surf Moore. In any event 69 conspire Defendants sabatoge Aircraft. in 88.

Actual Damages 20 million By interception wire fraud, Defendants trapping, try to frame the bury of my football No., June 22, 88 it was the 13 nigger, + cracker myths, Fondren.

42

03, The wire fraud slave trapping got sucker, and Surf Moore was denied, 26 2305 compensation of a 6 Billion compensation Review. In any event, Alan Cranstan 62 slave entitlement compensation Laws serves Backdoor Jim Crow, "By the way", Alan slavery impeach Richard 70 Laws for Ca slaves, 8 hard Tax spliter "including Restrictions" Felony

Actual Huck a Buck damages 10 million By interception wire fraud trapping when you sucker the Ms 76 trap show, 43

US District Ct
of the 1st
District of Columbia

Surf Moore
        plaintiff

        v

US Justice Dept, F.O.I A Agency
C.F. Moore Construction Co.          Affidavit for              28
        Defendants              Relief Controversay           2108

Surf Moore, being first duly sworn deposes says;

1. Plaintiff hereby states all allegations of ~~praff~~ proof
   Controversy are true

2. Plaintiff seeks Equitable Relief from Defendants
   are accurate

3. Plaintiff seeks demand of 100 million in
   controversy damages are true. SURF MOORE
   _____

   Subscribed and sworn to before me on the

   _____31st_____ day of _____May of 2018_____

   Helen Morgan, Notary

   43(A)

NOTARY SEAL: STATE OF MISSISSIPPI / HELEN MORGAN / ID No 7375 / NOTARY PUBLIC / Comm Expires March 21, 2020 / HINDS COUNTY

Leg History

U.C.LA walk-on offer, title 3 has its dual purpose (1) protecting the PRIVACY of wire + oral comm. and (2) delineating draft on a uniform REB-yank basis the Fraud circumstances + condictions throw servitude in trash can. under which the interception of wire + oral comm may be ABRidge authorized to ASSURE the privacy of oral + wire comm. Title III prohibts all wiretapping evidence unless court show slavery probable tax cause.

44

Leg cont'g

Watch this here! Financing the 1865 Slave Act in UKRAINE, from the time when opposition invading. Can you play its in the toy game. Puts & Calls Ruby 1.5 Billion. 79 Polly Sci UCLA. If Congress shall make no law to ABRidge, there's no authority for Eletronic Oral Comm. Slavery. Major Fraud Act 88 "Huck a Buck" Reagnomics.

3-14-17    4/5    Surf    Moore

Surf Moore

U.S. District
District of Columbia
First District

Surf Moore
        plaintiff

        V

U.S. Justice Dept
FOIA Agency                                    18
C.F. Moore Construction Co                      2520

# RELIEF

1. Plaintiff has grounds for jurisdiction against Defendants for Amend 1, 4, 14 constitution. 28 1331.

2. Plaintff entiled to Equitable Relief for Fraud, conspiracy, Rackteer, Deprivation of Rights, Electronic wire + oral communcation

3. Plaintiff is seeking 100 million in compensatory, nominal damages.
                                45

                                    Surf Moore

US District Ct.
of
Columbia

18 2520

Surf Moore
      Plaintiff

    v

US Justice Dept.
      Defendant

Relief

This claim is for Equitable Relief which arises under the Constitution of the US Article 3 sec 2 for the Acts of the Defendants, US Justice Dept for the Allegations claim by the plaintiff Surf Moore. Plaintiff Surf Moore Resides at 3740 Westchester Dr., Jackson Ms V. Defendants U.S. Justice Dept. Resides at 950 Pennsylvania Ave, Washington DC. All Allegations are proceeding in the jurisdiction of U.S. District Ct of Columbia under Title 28 1331 of the Federal law.

45 (A)

1. (A)  Defendant, US Justice Dept has violated Fed law US constitution Amend 1., and entitled to Relief

B.  Plaintiff, Surf Moore has jurisdiction for Constitution Amend 1, under title 28 1331

C.  Plaintiff seek Equitable Relief for Constitution Amend 1 under title 18 2520

Fact; Defendant US Justice Dept has Abridge Plaintiff Speech by Electronic wire + oral communication violation.

45 (A A)

2 (A) Defendant, U.S. Justice Dept, has violated US constitution Amendment 4 Fed law., And entitled to Relief

(B) Plaintiff has jurisdiction for US. constitution Amendment 4 violation, under title 28 1331.

(c) Plaintiff seek Equitable Relief for US constitution Amendment 4. Violation 18 2520

Fact; Defendants, US Justice Dept has violated the security of my house by means of Electronic Wire + oral communication.

3. (A) Defendant, US Justice Dept has violated US constitution Amendment 14., And entitled to Relief.

(B.) Plaintiff has jurisdiction for US constitution Amendment 14. violation, under title 28 1331

(c) plaintiff seek equitable Relief for US. constitution Amendant 14. violation, 18 2520

Fact; Defendant, US Justice Dept violated Plaintiff due-process by meas of Electronic Wire + oral communication.

45 (B)

4(A) Defendant, US Justice Dept, has violated Fed law

 Fraud, Title 18 1001. And entitled to Relief.

(B) Plaintiff has jurisdiction for fraud, Title 18 1001 violation.
 under title 28 1331

(C) Plaintiff seek equitable Relief for fraud, Title 18 1001
 violation. 18 2520

Fact; Defendant, US Justice Dept. violated willfully and

 knowing, falsifies abridge speech against plaintiff by

 means of Electronic wire + oral communication.


5(A) Defendant, US Justice Dept. has violated Fed law

 Conspriacy Title 18 371, and entitled to Relief

(B) Plaintiff has jurisdiction for conspriacy Title 18 371
 violation, under title 28 1331

(C.) Plaintiff seek equitable Relief for conspriacy

 Title 18 371 violation, 18 2520

 Fact Defendants, US Justice Dept defraud the public

 and abridge plaintiff speech by means of

 Electronic wire + oral Communications.


45 (c)

6. (A) Defendant, US Justice Dept. has violated Fed law Racketeering Title 18 1961., And entitled to Relief.

(B.) Plaintiff has jurisdiction for Racketeer Title 18 1961 violation, under title 28 1331

(c) Plaintiff seek Equitable Relief for Racketeering Title 18 1961. violation, 18 2520

Fact; Defendant, US Justice Dept violated an Act Against Plaintiff to Abridge speech by means of Electronic wire + oral communication.

7. (A) Defendant, US Justice Dept. has violated Fed law Deprivation of civil Rights Title 42 1983., And entitled to Relief.

(B). Plaintiff has jurisdiction for Deprivation of Rights Title 42 1983 violation, under title 28 1331

(c) Plaintiff seek equitable Relief for Deprivation of Rights Title 42 1983. violation, 18 2520

Fact; Defendants, US Justice Dept. violated plaintiff equity that secured by Constitutional laws that prohibt Domestic Abridge speech by means of Electronic wire + oral communication,

45 (D)

8.(A) Defendants, US Justice Dept. has violated Fed law wire fraud 18 1343., And entitled to Relief.

(B) plaintiff has jurisdiction for wire fraud 18 1343 violation under title 28 1331

(C) plaintiff seek Equitable Relief for wire fraud 18 1343 violation, 18 2520

Fact; Defendant, US Justice Dept. violated with transmitter to

abridge Plaintiff speech by means of Electronic wire + oral communications.

9.(A) Defendant, US Justice Dept. has violated Fed. Law Title 18 2516

Fraud application. And entitled to Relief.

(B) Plaintiff has jurisdiction for fraud application Title 18 2516 under title 28 1391

(C) Plaintiff seek Equitable Relief for fraud application Title 18 2516 violation, 18 2520

Fact Defendant, US Justice Dept offer the unknown judge Bribes + fraud information to abridge speech against Plaintiff by means of Electronic wire + oral communication,

45 (E)

9(A) Defendants, US Justice Dept has violated Fed Law Notifications of public records Title 5 552., and entitled to Relief.

(B) Plaintiff has jurisdiction for Notifications of public records Title 5 552. violation, under Title 28 1331

(C.) Plaintiff seek equitable Relief for notifications of public records Title 5 552. violation, 18 2520

Fact; Defendants. US Justice Dept. violated intennly to withheld information from plaintiff to cover-up Murder of Charles Faye Moore Sr. And to savage the Democratic Congress led by John Stennis, Alan Cranston, Pat Leahy, Diane Fienstein, and Republican Trader Pete Wilson. The Nigqa, Cracker show of Mississippi + Illinois by means of Electronic Wire + Oral Communications.

45 (F)

10. Defendants, U.S. Justice Dept has violated Fed Law Proof
(A)
of Controversy Title 28 2108., And entitled to Relief.

(B) Plaintiff has jurisdiction for proof of controversy, violation.
28 2108 under title 28 1331
(C.) Plaintiff seek equitable Relief for proof of controversy,
compensatory damages violation, 18 2520. 100 million.

Fact; Defendant, US Justice Dept. violated Plaintiff to
intercept compensatory damages; ① the transfer
of school grades from San Diego City College to
UCLA. ② Fraud Statute of Ca for Compensation
③ will Estate of Charlie Moore, the second
will. ④ devices use by John Stennis,
Alan Cranstan and Democratic Congress by
means of Electronic wire & Oral communication,
Gordon Thompson, Judge 4th District Call it Documentary
Circumstanial Evidence for John Stennis & Alan Cranstan
immunity plea. 45 (G)

1) (A.) Defendant, US Justice Dept has violated Fed Law proof of controversy) Title 28 .2108., And entitled to Relief

(B.) Plaintiff has jurisdiction for proof of controversy) violation. 28 2108. under title 28 1331

(C.) Plaintiff seek equitable relief for proof of controversy noimal damages. violation; 18 2570 100 million.

Fact; Defendant intercept noimal damages with the intent to defame plaintiff from riches.

① school grades to UCLA Football was not release by Charles Hamilton, the Dean of the school. ② Fraud state statute for compensation. ③ estate 2nd will was not sign due to the Sabotage of Aircraft. 4. Devices to defame my money in Real Estate deals. All done by Electronic wire + oral communication. The immunity by John Stennis+ Alan Cranston is Recorded in the San Diego Federal Courts for Documentary Circumstanial Evidence for wire fraud by Gordon Thompson Sr. Judge    45 (H)

U.S. District Ct.

District of Columbia

First District

Surf Moore
        plaintiff

        v

US. Justice Dept.                                        18
                                                         2520
F.O.I.A. Agency

C.F Moore Construction Co.

                Motion foR

                Relief

1. The claim foR Equitable Relief ARISE under the
constitution of the US. Article 3 section 2

Clause 1

2. Plaintiff seeks Equitable Relief foR compensatory, norimo
damages of the Defendants Electronic WiRE &

ORal Comm.

3. Plaintiff Demands 100 million foR compensatory,
nominal, And puntive damages. from Defendants proof
of controvesary violations.

46

US District Ct
of the 1st
District of Columbia

Surf Moore
        plaintiff

        v

US Justice Dept  F.O.I.A Agency
C.F. Moore Construction Co.        Affidavit for              28
        Defendants                Relief                      2108

Surf Moore, being first duly sworn deposes says;

1. Plaintiff hereby states all allegations of ~~proff~~ proof
   Controversy are true

2. Plaintiff seeks Equitable Relief from Defendants
   are accurate

3. Plaintiff seeks demand of 100 million in
   controversy damages are true.

   Subscribed and sworn to before me on the

   _____ day of _____

                47

U.S. District Ct.
for the 1st
District of Columbia

Surf Moore
      plaintiff

            v

US. Justice Dept. FOIA Agency
C.F. Moore Construction Co.
            Defendants.

18
1964
Rule 6

Notice of Motion

Notice is given that on any time of hearing in any courtroom of the U.S. Courthouse of the District of Columbia, at any day or 20 days after summons of non-waiver expired. A counsel can be heard.

Therefore, Plaintiff Surf Moore will move this court for its order for Equitable relief damages, as more appear from Affidavit.

48

U.S. District Ct
for the 1st
District of Columbia

Surf Moore
    Plaintiff

v.

U.S. Justice Dept. F.O.I.A. Agency
C.F. Moore Contruction Co.
    Defendants

18
1964
Rule 12, 7

Motion for Hearing

Surf Moore, plaintiff REQUEST MOVES the court to hear Equitable relief from defendants U.S. Justice Dept. & C.F. Moore Construction Co. of wire fraud. on the following grounds;

1. US Justice Dept. is located in District of Columbia jurisdiction at Rm 5614, 950 Pennsylvania Ave Washington DC.

2. To subpenda Application Electronic Oral & Communication wire fraud.

49

3. This motion is based on the Affidavit of Surf Moore for all pleading on file in this case.

SURF MOORE
PRO SE
Ruin Bruin.

50

U.S. District Ct
of the 1st
District of Columbia

Surf Moore
plaintiff

v.

Dept of Justice U.S.
C.F. Moore Construction Co.
FOIA Agency

18
1964
Rule 7

## BRIEF for Motion
### for HEARING

Surf Moore, plaintiff Brief in support of motion

for following REASONS;

### Statement of Facts

1. US. Justice Dept, Defendants has violated plaintiff
Surf Moore constitutional Rights.

51

GOVERNING LAW

2. CONGRESS shall NOT Abridge SPEECH.

3.

### point I

DEFENDANT has conspire Against plaintiff

### point II

DEFENDANT USE fraud WIRE Against plaintiff

### point III

DEFENDANT PRAYS Racketerring Against plaintiff.

### point IV

plaintiff can demostrate conspire to fraud Racketerring Against defendants WIRE.

SURF MOORE
PRO SE
Ruin BRuin

52

U.S. District
of the 1st
District of Columbia

Surf Moore
   Plaintiff

      v.

US Justice Dept   F.O.I.A. Agency)
C.F. Moore Construction Co.
         Defendants

18
1964

ORDER
for
HEARING

At a session of this court held in the U.S.
District court of Columbia in Any courtroom on
Any date After the 20 day of summon expires
for a hearing. Whoever presides, this motion of
Surf Moore plaintiff for declatory Relief, comes
to hearing + Plaintiff request this ORDER to
grant motion to be heard.

Presiding judge

53

U.S. District Court
of the 1st
District of Columbia

Surf Moore
     Plaintiff

     v.

U.S. Dept of Justice   FOIA Agency
C.F. Moore Construction Co.
     Defendants

18
1964
Rule 7

Affidavit for Motion
for Hearing

Surf Moore being first duly sworn says;

1. I AM Surf Moore, plaintiff in this action and have personal knowledge of the matters set forth in this affidavit.

2. I make this affidavit in support of motion for hearing of equitable relief of wire fraud application.

54

Subscribed And sworn to before me

on the _____ day of _____

55

US District Ct
of the 1st
District of Columbia

Surf Moore
    plaintiff

    v

US Justice Dept  F.O.IA Agency
C.F Moore Construction Co.
        Defendants

18
300 C
A(1, H) & B

MASTER or Council
Notice of Motion

Surf Moore, plaintiff hereby moves the court in
US District Court of Columbia for an order
pursuant to Rule 53(b) appointing a special
master or council to examine all electronic
storage devices and media wire fraud in
possession & control of the US Justice Dept
Defendants.

56

As it APPEARS from the ATTACHED Affidavit of

Surf MOORE, Appointing A MASTER OR council

is APPROPRIATE to identify Any WIRE fraud

Action

Surf MOORE
PRo SE
Ruin BRuin

57

US District Ct
of the    1st
District of Columbia

Surf Moore
        Plaintiff

US Justice Dept    FOIA Agency)
C.F. Construction Co.
        Defendants

18
3006 A
(1, H) + B

Motion to Appoint

Master or Council

Plaintiff, Suaf Moore request that the court US

District Ct of Columbia pursant to Rule 53 Appoint

A master or council with Knowledge to examine

All electronic oral communcations control by Defendants

US. Justice Dept. + subpeona wire Application before

the decision by the courts on forma pauperis

158

Also, to perform any other function or duty ordered

by the court. Plaintiff will incur the expenses

to have each such item imaged for the

purposes of preserving cataloging and subject

to further order locating evidence.

Surf Moore
Pro Se
Ruin Bruin

59

Also,

US District Ct
of the 1st
District of Columbia

Surf Moore
        plaintiff

        v

US Justice Dept   FOIA Agency                                    18
C.F. Moore Construction Co                                       3006 A
        Defendants                                              (1, H) + B

                        Affidavit of

                        Surf Moore              S.S.

State of Ms                                     Surf Moore
Hinds County


Surf Moore, being first duly sworn deposes says;

1. I am the plaintiff Surf Moore in this case

2 The above cause is one to request for a Atty.
   or master.

3. The master or council appointed can subpeno a
   Applcation wire fraud.
                                        Surf Moore

        Subscribed and sworn to before me on the
        _____ day of _____
                        /x

Conclusion

Boston 1970 Birth Control street say, hearsay dependants ARE, up for Adoption, is fairplay. The Dept of Ed. decline court for repayment of loan, for the wire fraud. The transfer of S.D. city school grades to U.C.L.A was detaine for the wire fraud sucker show, "Be careful," Real careful.!, Boston street say its wire fraud v 18 844, 1974 CRESCENT CLEANERS "Even Steven," Jackson Ms. huh! SERIES 7 + SERIES 21 = "Pair 5'5s, 8hard spliter Smith BARNEY, give me the courtroom, and I will jaw the opposition to the cleaners'. for that oil, "1 Billion." SURF MOORE PRO SE KASHIAN

therefore, Fuck the Chicago Moore's

Fuck State of Mississippi, Fuck

the U.S. Goveranment. Fuck the Italian

Mob. therefore, you bring your

Wire Eletronic Digger, cracker

show around surf, you will get

Kill, call it self - defense, its about

UCLA, + Libya oil, for Surf, therefor

it's alaways Fuck you, for life. Fuck

Ca. Hollywood.    61 (A)    Ruin Bruin
                            surf moore

Proof of Service

A Joe Hayes, of legal Age, and Reside in the U.S, hereby serve the U.S. District ct of Columbia, Washington DC, the complaint + Motion of Relief, Hearing, and Counsler Against Defendants, US Justice Dept, 950 Penn Ave Washington DC + C.A Moore Construction Co, Chicago Ill. With no interest in this matter, I will mail legal papers for Surf Moore, without non 20 day waiver of Summons Rule 4

3-14-17       62       Jordan Third Park

Surf Moore
3740 Westchester Dr.
Jackson, Ms 39213

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7016 1370 0002 2716 8104








U.S. POSTAGE
PAID
JACKSON, MS
39213
APR 14, 17
AMOUNT

**$13.50**

R2305H126341-02

1006        20001

MiKE DArBy
Office of the ClErK
U.S. District Ct,
333 Constitution Ave N.W.
Washington. DC 20001




